**James SNEAD, Appellant,**

v.

**UNITED STATES, Appellee.**

**Nos. 4465, 4466.**

District of Columbia Court of Appeals.

Argued Dec. 4, 1967.

Decided Dec. 27, 1967.

---

Edward J. Menard, Washington, D. C. (appointed by this court), for appellant.

Lawrence Lippe, Asst. U. S. Atty., with whom David G. Bress, U. S. Atty., Frank Q. Nebeker, Asst. U. S. Atty., and Michael Sonnenreich, Atty., Dept. of Justice, were on the brief, for appellee.

Before HOOD, Chief Judge, and MYERS and KELLY, Associate Judges.

PER CURIAM:

Appellant challenges the sufficiency of the evidence to support his convictions of assault [1] and of possession of a prohibited

1. D.C.Code 1967, § 22–504.

2. D.C.Code 1967, § 22–3214(b).

weapon.[2] He was given concurrent sentences of 180 days for assault and 60 days for possession of a prohibited weapon.

The determinations of guilt in this case rest upon the resolution of factual issues presented in the testimony before the court. A review of the record convinces us that the evidence is clearly sufficient to support the conviction for assault. And although the evidence does not support the conviction of possession of a prohibited weapon, we find no error in view of the concurrent sentences imposed.[3]

Affirmed.

3. Reed v. United States, D.C.App., 210 A. 2d 845 (1965); Pollen v. United States, D.C.App., 207 A.2d 114 (1965).